IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LARRY N. COPELAND, as Trustee of the Vernon A. Copeland Revocable Trust, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-13 |
| v. | |
| WEYERHAEUSER NR COMPANY, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on Plaintiff's Motion for Substitution of Vernon A. Copeland, as Trustee of the Vernon A. Copeland Revocable Trust.  Doc. 22.  Plaintiff's counsel previously notified the Court of Vernon Copeland's death, and counsel has now determined Larry N. Copeland has succeeded Vernon Copeland as Trustee.  Plaintiff's counsel moves under Federal Rule of Civil Procedure 25(a)(1) to substitute Larry Copeland for Vernon Copeland, in his capacity as Trustee of the Vernon A. Copeland Revocable Trust as the named Plaintiff in the above-captioned case.  No response has been filed, and the time for responses has expired.

Upon due consideration and for good cause shown, the Court **GRANTS** Plaintiff's Motion.  "Larry N. Copeland, as Trustee of the Vernon A. Copeland Revocable Trust" is hereby **SUBSTITUTED** for Plaintiff Vernon A. Copeland, as Trustee of the Vernon A. Copeland Revocable Trust, and the Court **DIRECTS** the Clerk of Court to amend the record and docket of

this case to reflect this substitution.

    **SO ORDERED**, this 13th day of March, 2024.

                                            BENJAMIN W. CHEESBRO
                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA